Case 8:13-cr-00168-AG   Document 416   Filed 01/22/15   Page 1 of 1   Page ID #:1325



FILED
CLERK, U.S. DISTRICT COURT
JAN 2 2 2015
CENTRAL DISTRICT OF CALIFORNIA
BY                               DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Amber Cantu DEFENDANT(S). | CASE NUMBER SACR13-00168-AG (Dft #24) ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of _the Court_____, IT IS ORDERED that a detention hearing is set for _Friday, January 23_____, _2015_____, at _2:00_____ ☒a.m. / ☐p.m. before the Honorable _Douglas F. McCormick_____, in Courtroom _6A_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
(Other custodial officer)

Dated: _1/22/2015_____     _____DOUGLAS F. McCORMICK_____
                           U.S. District Judge/Magistrate Judge

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT
CR-66 (10/97)                                                         Page 1 of 1