FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

**JAN 2 3 2015**

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br><br>v.<br><br>Amber Cantu,<br><br><br>DEFENDANT(S). | CASE NUMBER<br><br>SACR13-00168-AG (Dft #24)<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |

Upon motion of <u>Defendant's counsel</u> , IT IS ORDERED that a detention hearing is set for <u>February 3,</u> , <u>2015</u> , at <u>2:00</u> ☐a.m. / ☒p.m. before the Honorable <u>Douglas F. McCormick</u> , in Courtroom <u>10A</u> .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or
_____ and produced for the hearing.
*(Other custodial officer)*

Dated: <u>1/23/15</u>

U.S. District Judge/Magistrate Judge

---